## VERIFICATION

I, Tim Opperman, am a plaintiff in the within action. I have reviewed the allegations made in this shareholder derivative complaint, know the contents thereof, and authorize its filing. To those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed this \_\_th day of July, 2019.

7/18/2019

Timothy J Opperman
3B6E786A73434F6...

Tim Opperman